# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 4:18CR3053 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MATTHEW A. NELSON, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the plaintiff's motion to extend time for filing response to defendant's motion for variance and sentencing statement (filing no. 41) is granted. The plaintiff's response is due on or before March 8, 2019.

February 25, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge