IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:18-CR-3053 |
| vs. | ORDER |
| MATTHEW A. NELSON, | |
| Defendant. | |

This matter is before the Court on the defendant's request for copies (filing 80). The Court will deny the defendant's motion.

The defendant does not have the right to receive copies of documents without payment, even if he is indigent. *See* 28 U.S.C. § 1915; *Lewis v. Precision Optics, Inc.*, 612 F.2d 1074, 1075 (8th Cir. 1980). And the defendant's motion does not explain why he needs the copies, other than unspecified "leagal [sic] work." Filing 80 at 1.

The defendant may pay the Clerk of the Court for copies at the established rate of 50¢ per page. The documents he has requested—the judgment and docket sheet—total 14 pages for a total cost of $7.00, which must be prepaid when the copies are requested.

IT IS ORDERED that the defendant's request for documents (filing 80) is denied.

Dated this 21st day of April, 2023.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge